**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

---

No. 01-10436

---

NATALIE F. HIMES,

Plaintiff - Counter Defendant - Appellant;

DAVID L. SMITH,

Appellant;

VERSUS

DALLAS/FORT WORTH MEDICAL CENTER-GRAND PRAIRIE;
BAYLOR MEDICAL CENTER OF IRVING;
COLUMBIA MEDICAL CENTER OF ARLINGTON;
DFW HEALTHPLUS, LLC; HEALTHPLUS CORP.,

Defendants - Appellees;

GROUPONE SERVICES, INC.; ALL SAINTS HEALTH SYSTEM,

Defendants - Counter Claimants - Appellees.

---

Appeal from the United States District Court
for the Northern District of Texas

---

(4:98-CV-923-Y)

December 10, 2001

Before GARWOOD, DeMOSS and DENNIS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. <u>See</u> 5th Cir. R. 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.